# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper | CIVIL ACTION NO: 1:19-cv-00282-LEW |
| Plaintiff | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Kelli A. Quimby a/k/a Kelli Quimby and Justen L. Quimby | RE: 10 Heino Lane, South China, ME 04358 |
| Defendants | |
| | Mortgage: March 22, 2016 Book 12261, Page 76 |

NOW COMES the Plaintiff in this matter, Nationstar Mortgage LLC d/b/a Mr. Cooper, pursuant to Fed.R.Civ. P. 41(a)(1) and hereby respectfully requests that this Honorable Court dismiss this action without prejudice and without fee and costs to either party. As grounds therefore, Plaintiff states that the Defendants, Kelli A. Quimby a/k/a Kelli Quimby and Justen L. Quimby, entered into a Loan Modification Agreement on or around September 11, 2019.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this matter without prejudice and without fees or costs to either party.

DATED: September 12, 2019

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 12th day of September, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

Kelli A. Quimby a/k/a Kelli Quimby
28 Grimmauld Place
Sydney, ME 04330

Kelli A. Quimby a/k/a Kelli Quimby
10 Heino Lane
South China, ME 04358

Justen L. Quimby
10 Heino Lane
South China, ME 04358

Justen L. Quimby
P.O. Box 270
South China, ME 04358